**IT IS ORDERED as set forth below:**

**Date: September 23, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>Christy Lane Kelley<br><br>Debtor(s). | CASE NO. 24-57408-sms<br>CHAPTER 13 |
| Progress Residential Borrower 10, LLC<br><br>Movant.<br><br>V.<br><br>Christy Lane Kelley, Debtor(s); and<br><br>K. Edward Safir, Trustee<br><br>Respondents. | Judge Sage M. Sigler<br><br>CONTESTED MATTER |

**<u>ORDER GRANTING RELIEF FROM AUTOMATIC STAY</u>**

On September 1, 2026, Progress Residential Borrower 10, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 36) (the "Motion"). The Motion concerns rented real property known as 1575 Dunton Green Way, Lawrenceville, GA 30043 (the

"Property"). A hearing on said Motion was heard on September 15, 2026, upon notice Movant contends was proper. No response or objection to the Motion was announced by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ __Albert C. Guthrie (w/ exp perm)_

Albert C. Guthrie
GA BAR NO. 142399
Office of K. Edward Safir
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303
Email: orders@atlch13tt.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

R. Jeffrey Field
Jeff Field & Associates
Building 200-B
3001 Monroe Hwy.
Bogart, GA 30622
*Counsel for Debtor*

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303

Christy Lane Kelley, Debtor
1575 Dunton Green Way
Lawrenceville GA 30043