**IT IS ORDERED as set forth below:**

**Date: September 23, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| Christy Lane Kelley | |
| Debtor(s). | CASE NO. 24-57408-sms<br>CHAPTER 13 |
| Progress Residential Borrower 10, LLC | Judge Sage M. Sigler |
| Movant. | |
| V. | CONTESTED MATTER |
| Christy Lane Kelley, Debtor(s); and | |
| K. Edward Safir, Trustee | |
| Respondents. | |

**<u>ORDER GRANTING RELIEF FROM AUTOMATIC STAY</u>**

On September 1, 2026, Progress Residential Borrower 10, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 36) (the "Motion"). The Motion concerns rented real property known as 1575 Dunton Green Way, Lawrenceville, GA 30043 (the

"Property"). A hearing on said Motion was heard on September 15, 2026, upon notice Movant contends was proper. No response or objection to the Motion was announced by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ __ Albert C. Guthrie (w/ exp perm)_
Albert C. Guthrie
GA BAR NO. 142399
Office of K. Edward Safir
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303
Email: orders@atlch13tt.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

R. Jeffrey Field
Jeff Field & Associates
Building 200-B
3001 Monroe Hwy.
Bogart, GA 30622
*Counsel for Debtor*

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303

Christy Lane Kelley, Debtor
1575 Dunton Green Way
Lawrenceville GA 30043

United States Bankruptcy Court
Northern District of Georgia

In re:
Christy Lane Kelley
Debtor

Case No. 24-57408-sms
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Sep 24, 2026 Form ID: pdf401 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christy Lane Kelley, 1575 Dunton Green Way, Lawrenceville, GA 30043-4777 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 24 2026 20:40:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Tyler Van Leuven | on behalf of Creditor Georgia's Own Credit Union bk@svllaw.com tyler@svllaw.com |
| James E Sorenson | on behalf of Creditor Georgia's Own Credit Union bk@svllaw.com |
| K. Edward Safir | info@atlch13tt.com |

| | |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 10 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Mechelle Montgomery-Bumpers | on behalf of Creditor Progress Residential Borrower 10 LLC ltcommunications@gshattorneys.com |
| R. Jeffrey Field | on behalf of Debtor Christy Lane Kelley contactus@fieldlawoffice.com Field.JeffR47112@notify.bestcase.com |
| Samantha Tzoberi | on behalf of Creditor GEORGIA UNITED CREDIT UNION sam@kbclegal.com |

TOTAL: 7